IN THE UNITED STATES COURT OF APPEALS
FOR THE TENTH CIRCUIT

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA**, | ) | CASE NO. 17-1082 |
| | ) | |
| Plaintiff-Appellee | ) | **UNOPPOSED MOTION** |
| | ) | **FOR 14-DAY EXTENSION** |
| v. | ) | **OF TIME TO FILE** |
| | ) | **PETITION FOR PANEL** |
| **GEORGE AUTOBEE**, | ) | **REHEARING** |
| | ) | |
| Defendant-Appellant. | ) | |
| | ) | |

Appellant George Autobee, through counsel, respectfully moves for a 14-day extension of time, up to and including August 3, 2017, to file his opening brief in this case. In support of this request, counsel states:

1. Mr. Autobee's petition for panel rehearing is currently due on July 20, 2017. This is Mr. Autobee's first extension request.

2. Due to recent and upcoming deadlines in pending cases, counsel needs additional time to prepare Mr. Autobee's petition.

3. Undersigned counsel recently filed an opening brief in the following case: *United States v. Degeare*, No. 17-6080 (Opening Brief filed July 7, 2017).

4. Counsel has been working on the following cases with pending deadlines in this Court: *United States v. Montoya*, No. 17-8044 (Opening Brief Due August 9, 2017); *United States v. Arnold,* No. 17-6028 (Opening Brief due August 11, 2017); *United States v. Lawless*, No. 17-1148 (Opening Brief due July 20, 2017) (second extension request pending).

5. Counsel is also working on the following case: *United States v. Headley*, No. 17-8027 (Briefing tolled pending refiling of Motion to Enforce Appeal Waiver).

6. In light of the circumstances described above, counsel respectfully requests an additional 14 days to complete Mr. Autobee's petition, discuss it with supervising attorneys, and then file it in this Court.

7. Given their own caseloads, no other attorney in the Office of the Federal Public Defender is in a better position to file the petition by its current due date.

8. Mr. Autobee is currently serving the prison sentence imposed in this case.

9. The government does not object to this request.

For these reasons, Mr. Autobee respectfully requests that this motion be granted and that he be allowed up to and including August 3, 2017 to file his petition for panel rehearing.

Respectfully submitted,

VIRGINIA L. GRADY
Federal Public Defender


s/ *Grant R. Smith*
GRANT R. SMITH
Assistant Federal Public Defender
633 17th Street, Suite 1000
Denver, Colorado 80202
(303) 294-7002
Email Address: grant_smith@fd.org

# CERTIFICATE OF DIGITAL SUBMISSION

I hereby certify that with respect to the foregoing motion:

(1)  all required privacy redactions have been made;

(2)  if required to file additional hard copies, that the ECF submission is an exact copy of those documents;

(3)  the ECF submission was scanned for viruses with the most recent version of a commercial virus scanning program Symantec AntiVirus Corporate Edition, which is continuously updated, and, according to the program is free of viruses.

                                                  s/ *Grant R. Smith*
                                                  GRANT R. SMITH
                                                  Assistant Federal Public Defender

# CERTIFICATE OF SERVICE

I hereby certify that on July 14, 2017, I electronically filed the foregoing motion using the CM/ECF system which will send notification of such filing to the following email address:

J. Bishop Grewell
Assistant U.S. Attorney
Email:  bishop.grewell@usdoj.gov

and I hereby certify that I have mailed or served the document or paper to the following in the manner indicated (mail, hand-delivery, etc.):

George Autobee *(via U.S. mail)*

s/ *Grant R. Smith*
GRANT R. SMITH
Assistant Federal Public Defender